**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Timothy J. Blackwell v. The State of Texas

Appellate case number:      01-12-00519-CR

Trial court case number:    64519

Trial court:                23rd District Court of Brazoria County

Appellant's counsel has notified this Court that the District Clerk of Brazoria County filed the wrong clerk's record in this appeal. Accordingly, the District Clerk of Brazoria County is ordered to file the correct clerk's record in this appeal **within 5 days of the date of this order**. Due to the age of this appeal, no extensions will be granted. *See* TEX. R. APP. P. 35.3(c).

The record in this appeal was originally believed to be complete on July 23, 2012. Appellant's counsel did not raise the issue of the incorrectly-filed clerk's record with this Court until January 23, 2012, a full six months after that date, five months after appellant's brief was originally set due, and after counsel requested three extensions. In the third extension request, appellant's counsel requested 10 days, which was granted, and was informed that no further extensions would be granted. *See* TEX. R. APP. P. 38.6(d). Two days before the deadline, appellant's counsel has informed us that he discovered the record in this appeal is incomplete. Therefore, appellant's motion for extension is dismissed. Appellant's brief is ORDERED to be filed 10 days after the corrected clerk's record is filed in this Court. No extensions will be granted. *See* TEX. R. APP. P. 38.6(d).

It is so ORDERED.


Judge's signature:/s/ <u>Justice Evelyn Keyes</u>
                      ☑   Acting individually     ☐  Acting for the Court


Date:  January 30, 2012